Seung Yang (SBN 249857)
seung.yang@moonyanglaw.com
Christopher L. Garcia (SBN 306082)
*chris.garcia@moonyanglaw.com*
Sherwin Nahavandi (SBN 322548)
*sherwin.nahavandi@moonyanglaw.com*
**MOON & YANG, APC**
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff
ALICIA NOEMI BAUTISTA DIAZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA NOEMI BAUTISTA DIAZ, an individual;<br><br>                                  Plaintiff,<br><br>vs.<br><br>GATE GOURMET, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>                                  Defendants. | Case No. 2:21-cv-03273-JAK-JEM<br><br>**PLAINTIFF ALICIA NOEMI BAUTISTA DIAZ'S NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   March 15, 2021<br>Trial Date:        None set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Alicia Noemi Bautsista Diaz ("Plaintiff") and Defendant Gate Gourmet, Inc. ("Defendant") (collectively the "Parties") have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the Parties for review and approval. Once all of the appropriate signatures have been obtained and the agreement's terms fully executed, an executed Stipulation of Dismissal of the entire action will be filed.

Dated: July 8, 2021                    Respectfully submitted,

                                       MOON & YANG, A.P.C.

                                       By: /s/ Christopher Garcia
                                           SEUNG YANG
                                           CHRISTOPHER YANG
                                           Attorneys for Plaintiff

# CERTIFICATE/PROOF OF SERVICE BY E-SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1055 West Seventh Street, Suite 1880, Los Angeles, California 90017. On **July 8, 2021** I served the foregoing document described as:

**PLAINTIFF ALICIA NOEMI BAUTISTA DIAZ'S NOTICE OF SETTLEMENT**

X☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **July 8, 2021** at Los Angeles, California.

| Christopher L. Garcia | By: */s/ Christopher Garcia* |
|---|---|
| Print Name | Signature |