1  Seung Yang (SBN 249857)
2  seung.yang@moonyanglaw.com
   Christopher L. Garcia (SBN 306082)
3  *chris.garcia@moonyanglaw.com*
4  Aris Babaian (SBN 334637)
   *aris.babaian@moonyanglaw.com*
5  **MOON & YANG, APC**
6  1055 W. Seventh St., Suite 1880
   Los Angeles, California 90017
7  Telephone: (213) 232-3128
8  Facsimile: (213) 232-3125
   Attorneys for Plaintiff
9  ALICIA NOEMI BAUTISTA DIAZ

10
11 Douglas Farmer (SBN 139646)
   *Douglas.farmer@ogletree.com*
12 **OGLETREE, DEAKINS, NASH
   SMOAK & STEWART, P.C.**
13 One Embarcadero Center, Ste. 900
14 San Francisco, CA 94111
   Telephone: (415) 442-4810
15 Facsimile: (415) 442-4870
16 Attorney for Defendant
   GATE GOURMET, INC.
17

18              **UNITED STATES DISTRICT COURT**
19              **CENTRAL DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| ALICIA NOEMI BAUTISTA DIAZ, an individual; | Case No. 2:21-cv-03273-JAK-JEM |
| Plaintiff, | **JOINT STIPULATION REGARDING COMPLETE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| GATE GOURMET, INC., a Delaware corporation; and DOES 1 through 25, inclusive, | Complaint Filed: March 15, 2021<br>Trial Date: None set |
| Defendants | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Pursuant to Rule 41(a)(1)(A)(2), Federal Rules of Civil Procedure, Plaintiff Alicia Noemi Bautista Diaz ("Plaintiff") and Defendant Gate Gourmet, Inc. ("Defendant"), acting through their respective counsel of record, hereby stipulate that Plaintiff's claims be DISMISSED WITH PREJUDICE, each side to bear its own attorneys' fees and costs. This matter has been settled as indicated in the previously filed notice of settlement.

Dated: December 8, 2021          Respectfully submitted,

                                          MOON & YANG, APC\*

                                        By:  */s/ Christopher L. Garcia*
                                        SEUNG YANG
                                        CHRISTOPHER YANG
                                        Attorneys for Plaintiff Alicia Diaz

Dated: December 8, 2021          Respectfully submitted,

                                          OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.

                                        By:  */s/ Douglas Farmer*
                                        DOUGLAS FARMER
                                        Attorney for Defendant Gate Gourmet, Inc.

\* Pursuant to Local Rule 5-4.3.4(a)(s), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.